# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

UNITED STATES OF AMERICA,

   Plaintiff,    :   Case No. 2:15-cr-240
                Also 2:19-cv-3863

- vs -            District Judge Edmund A. Sargus, Jr.
               Magistrate Judge Michael R. Merz

FREDERICK A. McSHAN,

   Defendant.    :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

  The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 535) to whom this case was referred pursuant to 28 U.S.C. § 636(b) and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

  Accordingly, it is hereby ORDERED that Defendant's Motion to Reconsider denial of relief under Fed.R.Civ.P. 60(b) (ECF No. 534) is DENIED as untimely.

June 9, 2022                 s/Edmund A. Sargus, Jr.
                    District Judge Edmund A. Sargus, Jr.
                     United States District Court